THE SIXTY-SEVEN SOUTH MUNN, INCORPORATED, PROSECUTOR, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL., DEFENDANTS.

Argued January 17, 1929—Decided January 30, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Osborne, Cornish & Scheck* and *Merritt Lane*.

For the defendants, *J. O. Bigelow* and *William H. Speer*.

PER CURIAM.

A rule to show cause was allowed in this case, why a writ of *certiorari* should not issue to review an order made by the public utility commissioners, dated December 13th, 1928. Our reading of the record and a consideration of the oral argument made at the hearing lead us to the conclusion, that a writ of *certiorari* should be allowed to review such order.

The writ of *certiorari* is, therefore, allowed.